JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

JERRY GUZMAN,

    Petitioner,

  v.

W.L. MONTGOMERY (Warden),

    Respondent.

No. SA CV 16-02287-VBF-JDE

**FINAL JUDGMENT**

**Final judgment is hereby entered in favor of respondent and against petitioner Jerry Guzman.** IT IS SO ADJUDGED.

Dated: August 9, 2018

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge